IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

CHARLES MOATS,

      Petitioner,

 -vs-

MAGGIE BEIGHTLER, Warden,

      Respondent.

---

: CASE NO. 1:11 CV 00258
:
: MEMORANDUM AND ORDER
: ADOPTING THE MAGISTRATE
: JUDGE'S REPORT AND
: RECOMMENDATION AND
: DISMISSING THE PETITIONER'S
: PETITION

UNITED STATES DISTRICT JUDGE LESLEY WELLS

 On 4 February 2011, the petitioner Charles Moats filed a petition for the Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). On 29 March 2011, the Court referred this matter to U.S. Magistrate Judge George J. Limbert for report and recommendation. (Doc. 5). On 28 September 2012, the magistrate judge issued his R&R and recommended that the Court dismiss the petition in its entirety with prejudice. (Doc. 14). The parties were given 14 days to file objections. The magistrate judge advised that "[f]ailure to file objections within the specified time waives the right to appeal the District Court's order." (Doc. 14 at 35). No objections were filed.

The Court has reviewed Magistrate Judge Limbert's report and recommendation. Finding it well-reasoned and without error, the Court adopts it in its entirety. Mr. Moat's petition for the Writ of Habeas Corpus is accordingly dismissed with prejudice.

IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 23 October 2012